MAY 29 2020 PM2:00
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

CONTINENTAL MACHINE TOOL, INC.

CRIMINAL NO. 3:20CR82 (RAR)

VIOLATIONS:

18 U.S.C. §§ 922(m) and 924(a)(3)(B)
(Failure to Maintain Firearms Records)

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Failure to Maintain Firearms Records)

On or about July 23, 2014, and for some time prior thereto, in the District of Connecticut, the defendant CONTINENTAL MACHINE TOOL, INC. ("CMT"), a licensed dealer and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly failed to maintain records that the defendant was required to keep pursuant to Title 18, United States Code, Section 923(g)(1)(A), in that it failed to keep complete and accurate written entries in CMT's manufacturing, acquisition and disposition records of four 1911-model handguns maintained in inventory by CMT.

In violation of Title 18, United States Code, Sections 922(m) and 924(a)(3)(B).

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

S. DAVE VATTI
ASSISTANT UNITED STATES ATTORNEY